Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Diane Yvonne Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Diane Yvonne Brown, | Case No. 16-cv-04022-EMC |
|---|---|
| Plaintiff, | **Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [~~Proposed~~ order]** |
| vs. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Counsel for Plaintiff is recovering from surgery and has only returned full time to work yesterday.  She is a sole practitioner and has other matters with approaching deadlines.  She needs additional time to research and write the Motion.

2. Plaintiff's counsel has emailed, Jennifer Tarn, Esq., defendant's counsel.  Ms. Tarn has indicated that she is agreeable to a 60 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on March 6, 2017, Defendant's reply brief on April 5, 2017, and Plaintiff's optional response brief on April 20, 2017.

Respectfully submitted,

Dated: January 4, 2017              /s/ Geri N. Kahn
                                    GERI N. KAHN
                                    Attorney for Plaintiff

Dated: January 4, 2017              /s/ Jennifer Tarn
                                    JENNIFER TARN
                                    Special Assistant United States Attorney
                                    (*By email authorization on January 4, 2017)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 1/10/17

IT IS SO ORDERED

Judge Edward M. Chen

Edward M. Chen
United States Magistrate Judge

Case No. 16-cv-04022-EMC                        2
STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT; [PROPOSED ORDER]