Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Diane Yvonne Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diane Yvonne Brown,<br><br>    Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. 16-cv-04022-EMC<br><br>**Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [Proposed order]** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Counsel for Plaintiff has had additional surgery and anticipates returning to work full time on March 23, 2017. She needs additional time to research and write the Motion.

2. Plaintiff's counsel has emailed, Jennifer Tarn, Esq., defendant's counsel. Ms. Tarn has indicated that she is agreeable to a 45 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on April 20, 2017, Defendant's reply brief on May 18, 2017, and Plaintiff's optional response brief on June 1, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 14, 2017 | /s/ Geri N. Kahn<br>GERI N. KAHN<br>Attorney for Plaintiff |
| Dated: March 14, 2017 | /s/ Jennifer Tarn<br>JENNIFER TARN<br>Special Assistant United States Attorney<br>(*By email authorization on March 14, 2017) |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/31/17

IT IS SO ORDERED

Judge Edward M. Chen, Judge

Case No. 16-cv-04022-EMC                 2
STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT; [PROPOSED ORDER]