Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Diane Yvonne Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Diane Yvonne Brown, | Case No. 16-cv-04022-EMC |
|---|---|
| Plaintiff, | **Stipulation of 11-Day Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [Proposed ~~order~~]** |
| vs. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 11-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Counsel for Plaintiff has been working diligently on the brief. She has had some other pressing deadlines in her immigration practice and has had to take time off from the Motion to address them. She anticipates no further delays to completing the Motion.

2. Plaintiff's counsel has emailed, Jennifer Tarn, Esq., defendant's counsel. Ms. Tarn has indicated that she is agreeable to an 11 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on May 1, 2017, Defendant's reply brief on May 29, 2017, and Plaintiff's optional response brief on June 12, 2017.

Respectfully submitted,

Dated: April 20, 2017
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: April 20, 2017
/s/ Jennifer Tarn
JENNIFER TARN
Special Assistant United States Attorney
(*By email authorization on April 20, 2017)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 25, 2017

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 16-cv-04022-EMC                              2
STIPULATION OF 11-DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]