Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorneys for Plaintiff
Diane Yvonne Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Diane Yvonne Brown, | Case No. 16-cv-04022-EMC |
|---|---|
| Plaintiff, | **Stipulation of time for Plaintiff to file optional Response Brief in Support of Motion for Summary Judgment; [Pro~~posed Or~~der]** |
| vs. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a response brief in support of her Motion for Summary Judgment, in light of the following:

1.  Plaintiff's counsel has had other cases with pressing deadlines and has not yet had sufficient time to finish the response brief.
2.  Plaintiff's counsel has emailed Richard Rodriguez, Esq. defendant's counsel. Mr. Rodriguez has indicated that he will not object to the request for a 14 day extension of time for counsel to prepare her brief.
3.  Should the request be granted, Plaintiff's brief will be due on June 27, 2017.

                                                                    Respectfully submitted,

Dated: June 13, 2017                       /s/ Geri N. Kahn
                                                    GERI N. KAHN
                                                    Attorney for Plaintiff

Dated: June 13, 2017                       /s/ Richard Rodriguez
                                                    RICHARD RODRIGUEZ
                                                    Special Assistant United States Attorney
                                                    (*By email authorization on June 13, 2017)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 6/20/17

IT IS SO ORDERED

Judge Edward M. Chen

Edward M. Chen
United States Magistrate Judge

Case No. 16-cv-04022-EMC                 2
STIPULATION OF TIME FOR PLAINTIFF TO FILE OPTIONAL RESPONSE BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]